NOT FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

05-402

KENNETH JOSEPH AUBÉ

VERSUS

GEODE EXPLORATION JOINT VENTURE and SIGMUND, KANE & HATCH, INC.

**********
APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF VERMILION, NUMBER 73409
HONORABLE THOMAS DUPLANTIER, JUDGE

**********

J. DAVID PAINTER
JUDGE
**********

Court composed of Ulysses Gene Thibodeaux, Chief Judge, Billy Howard Ezell, and J. David Painter, Judges.

AMENDED IN PART and AFFIRMED.

Brent Sonnier
P.O. Box 3507
Lafayette, LA  70502
Counsel for Plaintiff-Appellant:
    Kenneth Joseph Aubé

Robin McGuire
500 Dover Blvd., #120
Lafayette, LA  70503
Counsel for Defendant-Appellee/Cross-Appellant:
    Sundown Energy

Carl Rosenblum
201 St. Charles Ave, 49th Floor
New Orleans, LA  70170
Counsel for Defendant-Appellee/Cross-Appellant:
    Sundown Energy

William Strain
318 St. Charles St.
Baton Rouge, LA  70802
Counsel for Defendants-Appellees:
    Geode Exploration Joint Venture and Sigmund, Kane & Hatch, Inc.